HUGH K. PEACE, Respondent, *v.* JAMES G. WILSON et al., Appellants.

(Submitted December 10, 1906; decided March 12, 1907.)

Motion for re-argument denied, with ten dollars costs.   (See 186 N. Y. 403.)

---

JULIA A. DEEGAN, as Administratrix of the Estate of THOMAS E. DEEGAN, Deceased, Appellant, *v.* SYRACUSE LIGHTING COMPANY, Respondent.

*Deegan* v. *Syracuse Lighting Co.*, 111 App. Div. 908, affirmed.
(Argued February 27, 1907; decided March 15, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 15, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate, alleged to have been caused by defendant's negligence.

*Charles E. Spencer* for appellant

*Ernest I. White* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN and WERNER, JJ. Not voting: WILLARD BARTLETT, J. Not sitting: HISCOCK, J.